IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL KELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv207-MHT |
| | ) | (WO) |
| HYUNDAI MOTOR MANUFACTURING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pending before the court is an unresolved part of plaintiff James Michael Keller's motion to obtain and file additional evidence (doc. no. 72). The court previously ordered defendant Hyundai Motor Manufacturing to determine whether it is possible to generate reports showing who was involved in the annual performance evaluations of each employee included in the company's 2018 reorganization--reports which Keller claimed the company had in its possession. *See* Order (doc. no. 90) at 1-2. Hyundai has now responded, indicating that it does not have these reports and cannot readily generate

**them. *See* Def.'s Discovery Update (doc. no. 98) at 4-7. However, the company has manually compiled information about who was involved in Keller's performance evaluations and provided that information as an attachment to its filing.**

**Based on the court's review of defendant Hyundai Motor Manufacturing's response, it is ORDERED that:**

**(1) Plaintiff James Michael Keller's request for reports showing "the names, dates, and times of each individual who participated in" his own performance evaluation (doc. no. 72) is denied as moot. Though defendant Hyundai Motor Manufacturing's filing does not show the dates on which the listed individuals were involved in evaluating plaintiff Keller, the submission complies sufficiently with plaintiff Keller's request. To the extent plaintiff Keller believes that aspects of the reports he requested remain outstanding, his motion seeking those reports (doc. no. 72) is denied.**

**(2) Plaintiff Keller's request for the same reports**

as to the 20 other employees selected by defendant Hyundai Motor Manufacturing for reorganization (doc. no. 72) is denied.

DONE, this the 18th day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE